| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Douglas A. Crowder (SB # 140130)<br>Crowder Law Center, PC<br>350 S. Figueroa St. # 190<br>Los Angeles, CA 90071<br>Tel. 213-325-3040<br>Email: dcrowder@crowderlaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Creditor Geoffrey Thomas | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 27 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bakchell  DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –** *Los Angeles* **DIVISION**

| In re:<br>Oscar Gomez Navarette,<br><br><br><br><br><br>                                                 Debtor | CASE NO. 2:18-bk-21441-RK<br>CHAPTER 7 |
|---|---|
| | **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: 9/10/2019<br>TIME: 1:30 p.m.<br>COURTROOM: 1675<br>ADDRESS: 255 E Temple St., Los Angeles, CA 90012 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

   a. ☐ Continued to the following date for a further status conference:   *(date)* _____   *(time)* _____

   b. ☐ A joint status report must be filed and served, including a judge's copy, by *(date)*: _____

   c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____

   d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____

   e. ☐ The last date for pre-trial motions to be heard is *(date)*: _____

   f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*:    11/1/2019

   g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____   *(time)* _____
      ☐ No pre-trial stipulation or pre-trial order is required

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                                              Page 1                                                    **F 7016-1.2.ORDER.STATUS.CONF**

h. ☐ A pre-trial conference is set for (*date*) _____ (*time*) _____
   ☐ No pre-trial conference is required

i. ☒ Estimate of time for trial (*specify number of hours*): <u>3</u>

j. ☒ A trial is set for (*date*) <u>  12/5/2019  </u>  (*time*) <u> 1:30  </u>

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice   ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other (*specify*):

The parties shall exchange exhibits no later than November 15, 2019. Trial declarations shall also be filed no later than November 15, 2019. Exhibits shall be tagged according to local rules, and each party shall submit an exhibits register. Each party may submit a declaration of his expert witness. If either party wishes to cross-examine the other's expert witness, that party may schedule a telephonic deposition of the witness, and submit a deposition transcript in lieu of live testimony.

###

Date: September 27, 2019

_____
Robert Kwan
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*  Page 2  F 7016-1.2.ORDER.STATUS.CONF