Douglas A. Crowder (SB# 140130)
Crowder Law Center, P.C.
350 S. Figueroa Street, Suite 190
Los Angeles, CA 90071
Tel. 213-325-3040
Fax 877-772-7094

Attorney for Creditor,
G. Nathan Thomas

**FILED & ENTERED**

**NOV 22 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| OSCAR GOMEZ NAVARRETE, | Case No. 2:18-BK-21441-RK |
| Debtor. | ORDER APPROVING STIPULATION AND ORDER RESOLVING MOTION TO AVOID LIEN [11 U.S.C. SECTION 522(f)] |
| | (No hearing required) |

   Upon the Stipulation of the parties, it is hereby ORDERED AND ADJUDGED and DECREED as follows:

   1. The trial date of December 5, 2019 shall hereby be vacated pursuant to the following terms and conditions:

   2. The Debtor shall deliver $5,000.00 in certified funds, in the form of cashier's check or money order, made out to G. Nathan Thomas not later than the close of business on Friday, November 22, 2019 to the office of his attorney, Brad Weil.

- 1 -

ORDER APPROVING STIPULATION AND ORDER

3. Brad Weil shall email proof of such delivery to Anne L. Holland, Attorney at Law immediately on his receipt of any such cashier's check or money order.

4. G. Nathan Thomas shall pick the certified funds up from the office of Brad Weil and shall have the right to do so at 5:00pm on Friday, November 22, 2019 or at any time Brad Weil emails proof of delivery to Anne L. Holland.

5. In the event delivery to Brad Weil is complete as described above by 5:00pm on Friday, November 22, 2019, the lien currently secured by the real property located at 1141 W 51st Street S, Lot 4, Block A, Pippin Second Add in Wichita, Kansas shall be released in full and G. Nathan Thomas shall take immediate steps to accomplish such release.

6. In the event delivery to the offices of Brad Weil is not in fact complete by 5:00pm on Friday, November 22, 2019, the lien currently secured by the real property described above shall remain in place but shall be reduced from its present face value to $12,000.00.

7. In this event, G. Nathan Thomas, as of Monday, November 25, 2019, shall engage immediately in efforts to record any related documents required to modify the lien.

### 

Date: November 22, 2019

_____
Robert Kwan
United States Bankruptcy Judge