United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 18-21441-RK
Oscar Gomez Navarrete                                                   Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin             Page 1 of 1            Date Rcvd: Nov 22, 2019
                              Form ID: pdf042         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.
db             +Oscar Gomez Navarrete,    4171 S. Central Ave.,    Los Angeles, CA 90011-5982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:
      Brad   Weil    on behalf of Debtor Oscar Gomez Navarrete bfweil@justbradlegal.com, brad@ecf.courtdrive.com;frontdeskweillaw@gmail.com
      Brad D Krasnoff (TR)    BDKTrustee@DanningGill.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com
      Douglas A Crowder    on behalf of Creditor Geoffrey   Thomas dcrowder@crowderlaw.com, bknotices@americandebtlaw.com
      Marcus   Gomez    on behalf of Plaintiff Fernando   Castelan marcusgomez@verizon.net
      United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
      William J Smyth    on behalf of Defendant Oscar Gomez Navarrete office@smythlo.com, williamsmyth@gmail.com
                                                                                      TOTAL: 6

Douglas A. Crowder (SB# 140130)
Crowder Law Center, P.C.
350 S. Figueroa Street, Suite 190
Los Angeles, CA 90071
Tel. 213-325-3040
Fax 877-772-7094

Attorney for Creditor,
G. Nathan Thomas

**FILED & ENTERED**

NOV 22 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:

OSCAR GOMEZ NAVARRETE,

Debtor.

Chapter 7

Case No. 2:18-BK-21441-RK

ORDER APPROVING STIPULATION AND ORDER RESOLVING MOTION TO AVOID LIEN [11 U.S.C. SECTION 522(f)]

(No hearing required)

  Upon the Stipulation of the parties, it is hereby ORDERED AND ADJUDGED and DECREED as follows:

  1. The trial date of December 5, 2019 shall hereby be vacated pursuant to the following terms and conditions:

  2. The Debtor shall deliver $5,000.00 in certified funds, in the form of cashier's check or money order, made out to G. Nathan Thomas not later than the close of business on Friday, November 22, 2019 to the office of his attorney, Brad Weil.

- 1 -

ORDER APPROVING STIPULATION AND ORDER

3. Brad Weil shall email proof of such delivery to Anne L. Holland, Attorney at Law immediately on his receipt of any such cashier's check or money order.

4. G. Nathan Thomas shall pick the certified funds up from the office of Brad Weil and shall have the right to do so at 5:00pm on Friday, November 22, 2019 or at any time Brad Weil emails proof of delivery to Anne L. Holland.

5. In the event delivery to Brad Weil is complete as described above by 5:00pm on Friday, November 22, 2019, the lien currently secured by the real property located at 1141 W 51st Street S, Lot 4, Block A, Pippin Second Add in Wichita, Kansas shall be released in full and G. Nathan Thomas shall take immediate steps to accomplish such release.

6. In the event delivery to the offices of Brad Weil is not in fact complete by 5:00pm on Friday, November 22, 2019, the lien currently secured by the real property described above shall remain in place but shall be reduced from its present face value to $12,000.00.

7. In this event, G. Nathan Thomas, as of Monday, November 25, 2019, shall engage immediately in efforts to record any related documents required to modify the lien.

# # #

Date: November 22, 2019

_____
Robert Kwan
United States Bankruptcy Judge

- 2 -

ORDER APPROVING STIPULATION AND ORDER